**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Melissa Barrett, et al.
                                            Plaintiff,

v.                                                                                              Case No.: 1:19−cv−04710
                                                                                                 Honorable Elaine E. Bucklo

HBS Management Corp., et al.
                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 26, 2021:

        MINUTE entry before the Honorable Elaine E. Bucklo: Parties' joint motion for approval of settlement agreement [121] is granted. Enter Order. This case is dismissed without prejudice. If no motion to reinstate has been filed by 5/24/2021, this case will automatically be dismissed with prejudice. All pending dates before this court are stricken. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.